UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOMENIC CALAUTTI | : | CIVIL ACTION NO. 1:22-cv-10930 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MASSACHUSETTS PORT AUTHORITY | : | |
| and JETBLUE AIRWAYS CORPORATION: | | |
| Defendants. | : | JUNE 15, 2022 |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, JETBLUE AIRWAYS CORPORATION) ("JetBlue"), hereby removes this state court action to this Court, which was originally filed in the Superior Court, Suffolk County, Massachusetts.

In support of its Notice of Removal, JetBlue avers as follows:

1. This action is properly subject to removal under 28 U.S.C. § 1441, because it is a civil action that arises under the Constitution, laws, or treaties of the United States of which this Court has original jurisdiction conferred by 28 U.S.C. § 1331, presents a Federal Question by raising substantial questions of Federal law, and is preempted by Federal law, including the Montreal Convention. *See* Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, S. Treaty Doc. 106-45, ICAO Doc. No. 9740, 1999 U.S.T. LEXIS 175, 1999 WL 33292734 (entered into force Nov. 4, 2003) ("Montreal Convention").

2. This action is properly subject to removal under 28 U.S.C. § 1441, because it is a civil action of which this Court has original jurisdiction conferred by 28 U.S.C. § 1332 on the basis of diversity of citizenship of the parties.

2. Plaintiff is a citizen and resident of the Commonwealth of Massachusetts.

3. JetBlue a Delaware corporation with a principal place of business in New York.

4. The amount in controversy is in excess of $75,000, exclusive of interest and costs, in that Plaintiff alleges unspecified damages for continuing great pain of body and anguish of mind, his ability to work and to perform his usual activities is restricted, his ability to enjoy a normal life has been adversely affected, and the Commonwealth of Massachusetts practice does not permit demand for a specific sum and permits recovery of damages in excess of the amount demanded.

5. On information and belief Plaintiff has not caused the Complaint to be served on the first-named defendant, Massachusetts Port Authority.

6. This Notice of Removal is being filed within the limitations periods of 28 U.S.C. §1446(b) and (c).

6. The Complaint was filed on April 12, 2022 with the Superior Court, Suffolk County, Massachusetts.

8. On information and belief the legal process was served on May 20, 2022 on JetBlue's Massachusetts agent for service of process.

9. Plaintiffs' action was docketed in and by the Superior Court, Suffolk County, Massachusetts and assigned Docket No. 2284CV00801. A copy of the pleadings filed with the state court is attached hereto.

10. Venue for this removed action is proper, pursuant to 28 U.S.C. §§ 1442(a) and 1446(b), because this Court is the United States District Court for the district and division embracing the place where the removed action was pending.

11. JetBlue will file a copy of this Notice of Removal with the Clerk of the Superior Court, Suffolk County, Massachusetts pursuant to 28 U.S.C. § 1446(d).

12. Promptly after the filing of this Notice of Removal, JetBlue shall give written notice thereof to all adverse parties.

13. After the removal of this action to this Court, JetBlue will obtain and file a state court clerk-certified copy of all of pleadings filed in Plaintiff's Massachusetts Superior Court action.

JetBlue reserves its right to raise all defenses and objections in this action after the action is removed to this Court.

                                      Respectfully submitted,

                                      Defendant
                                      JETBLUE AIRWAYS CORPORATION

                                      /s/ *Steven E. Arnold*
                                      Steven E. Arnold BBO # 654157
                                      SA Law, P.C.
                                      8 Whittier Place, Suite 14F
                                      Boston, Massachusetts 02114
                                      Telephone: (617) 670-0868
                                      Facsimile:  (508) 255-6185
                                      Its Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of June, 2022, the foregoing was filed electronically and served by U.S. Mail, postage prepaid, or by e-mail on all pro se parties and counsel of record as listed below:

Jeffrey S. Glassman, Esq.
pleadings@jeffreysglassman.com
Michael M. D'Isola, Esq.
mdisola@jeffreysglassman.com
Michael Belair
mbelair@jeffreysglassman.com
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110

                                      /s/ *Steven E. Arnold*
                                        Steven E. Arnold