**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Domenic Calautti**</u>
       Plaintiff

   V.

<u>**JetBlue Airways Corporation et al**</u>
       Defendants

CIVIL ACTION

NO. <u>1:22-cv-10930-ADB</u>

### **ORDER OF DISMISSAL**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Order dated November 18, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                    By the Court,

<u>11/18/2022</u>                    /s/ Caetlin McManus
  Date                         Deputy Clerk